

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00443-CR

William James **BALLESTERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9581
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: July 31, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal seeking to appeal a judgment of conviction and sentence rendered against him in Cause No. 2022CR9581. However, the clerk's record does not contain a judgment of conviction. Rather, on August 24, 2023, the trial court ordered dismissal of Cause No. 2022CR9581, noting the case is "to be heard in [Cause No.] 2023CR1779."

Our appellate jurisdiction in criminal matters is limited to judgments of conviction or where jurisdiction has been expressly granted by law. *See Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). Therefore, upon review of the clerk's record, it appeared this court lacks

jurisdiction over this appeal. Consequently, on July 8, 2024, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On July 18, 2024, appellant filed a response agreeing this court lacks jurisdiction over this appeal. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH